814 A.2d 178

OFFICE OF DISCIPLINARY COUNSEL, Petitioner

v.

Thomas Quirk HARRIGAN, Respondent.

No. 782 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Nov. 25, 2002.

## ORDER

PER CURIAM.

AND NOW, this 25th day of November, 2002, upon consideration of the Report and Recommendations of the Disciplinary Board dated September 16, 2002, it is hereby

ORDERED that Thomas Quirk Harrigan be and he is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.